IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

JACKSONVILLE PLAZA 1 LLC
D/B/A SOUTEL PLACE

    Plaintiff,

v.

GREAT LAKES INSURANCE SE,

    Defendant.

_____/

**COMPLAINT FOR BREACH OF CONTRACT**

COMES NOW, Plaintiff, JACKSONVILLE PLAZA 1 LLC D/B/A SOUTEL PLACE ("Plaintiff"), by and through the undersigned counsel, and hereby files this Complaint for Breach of Contract suing Defendant, GREAT LAKES INSURANCE SE ("Defendant"), and in support thereof alleges as follows:

1. This is an action for breach of contract under an insurance policy and this action is within the jurisdiction of this Court as the amount in controversy exceeds $50,000.

2. At all times material hereto, Plaintiff was and is a Florida corporation doing business in Duval County, Florida and the insured property is located in Duval County, Florida

CASE NO.

3. At all times material hereto, Defendant was and is a Florida insurance corporation doing business in Duval County, Florida.

4. At all times material hereto, in consideration of premiums paid by Plaintiff there was in full force and effect an insurance policy issued by Defendant bearing policy number GLPRNC000080-02 ("hereinafter the "Policy"). A true and accurate copy of the policy is attached hereto as **Exhibit A**.

5. Pursuant to the terms of the policy, Defendant insured Plaintiff against certain losses to Plaintiff's property located at 4750 Soutel Drive, Jacksonville, Florida 32208 (hereinafter the "Property").

6. Plaintiff has paid all premiums due and owing as contemplated by the subject insurance policy and has complied with all provisions and satisfied all conditions precedent to the filing of this action.

7. During the policy period of March 27, 2022 to March 27, 2023 and/or on or about 11/10/2022 the Property sustained covered property damage caused by Hurricane Nicole as well as related damages included additional damages that would not have occurred but for the loss.

8. Plaintiff timely reported the claim to Defendant, and Defendant assigned claim number 63522-086403 to the claim and investigated the claim.

CASE NO.

9. Following the Defendant's investigation, Defendant issued a claim decision which failed to acknowledge coverage for the claim and/or failed to extend coverage for repairs necessary to restore the property and these failures constitute a breach of the insurance policy.

10. As a direct and proximate result of Defendant's breach of the insurance policy, the Plaintiff has suffered and continues to suffer damages including property damages in the form of damage to the Property, incurred repairs and repairs needed to restore the Property, damaged personal property, incurred Loss of Use and expenses to be incurred, and interest.

11. All conditions precedent to the filing of this action have been complied with, met, or otherwise waived, including through Defendant's denial of portions of the claim and/or Defendant's failure to timely seek compliance with policy conditions.

12. On or about 02/19/2025, Plaintiff filed a Notice of Intent to Initiate Litigation for the claim by filing Notice 231420 thereby complying with Fla. Stat. §627.70152.

13. Plaintiff has been obligated to engage the undersigned attorneys for the prosecution of this action and is entitled to a reasonable attorney's fee pursuant to Florida Statute §627.428 and/or §626.9373; §627.70152.

CASE NO.

WHEREFORE, the Plaintiff, JACKSONVILLE PLAZA 1 LLC D/B/A SOUTEL PLACE, demands a trial by jury and judgment against Defendant, GREAT LAKES INSURANCE SE for damages including all contractual benefits, pre-judgment interest, costs and attorney's fees pursuant to Florida Statute §627.428 and/or §626.9373 and/or §627.70152, and such further relief this Court deems just and proper.

## **DEMAND FOR TRIAL BY JURY**

14. Plaintiff demands trial by jury of all matters so triable.

Dated: August 29, 2025

>/s/ *Stephanie Corbin*
>Stephanie Corbin (FBN 119742)
>STRUBLECOHEN
>325 5th Ave Ste 103
>Indialantic, FL 32903
>(321) 283-5888
>service@strublecohen.com
>struble@app.claimvoyance.com